NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JAMES EDWARD MATHIS,
DOC #474031,

        Appellant,

v.                                   Case No. 2D18-2230

STATE OF FLORIDA,

        Appellee.
_____

Opinion filed March 20, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Kimberly K.
Fernandez, Judge.

James Edward Mathis, pro se.


PER CURIAM.


              Affirmed.


NORTHCUTT, KELLY, and SMITH, Concur.